UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

|  |  |
|---|---|
| LANE ENGINEERING, INC.,<br>d/b/a THE LANE GROUP INC.,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON COUNTY SERVICE<br>AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-00045<br>)<br>)<br>)<br>)<br>)<br>) |

**Notice of Voluntary Dismissal Under
Rule 41(a) of the Federal Rules of Civil Procedure**

Plaintiff Lane Engineering, Inc., d/b/a The Lane Group Inc. ("Lane"), hereby serves this Notice of Dismissal pursuant to FRCP 41(a)(1)(A)(i), there having been no "answer or a motion for summary judgment" served by Defendant Washington County Service Authority, as of the filing of this Notice.

Furthermore, this dismissal is *with prejudice* as all matters pled therein have been settled and resolved.  See FRCP 41(a)(1)(B).

Dated:  November 12, 2019

                                                  Respectfully submitted,

                                                  LANE ENGINEERING, INC.
                                                  d/b/a/ The Lane Group Inc, a
                                                  Virginia Corporation

                                                  By   */s/ Wyatt B. Durrette, III*
                                                            Of Counsel

2

Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
S. Sadiq Gill, Esquire  (VSB No. 30835)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Tel:     (804) 775-6900
Fax:    (804) 775-6911
wdurrette@dagglaw.com
sgill@dagglaw.com